# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0039.  WILBUR LAMAR BURSON v. LOVETTE C. LINDON.**

Wilbur Burson, who is incarcerated, has filed a pro se application for discretionary appeal.   He seeks review of a trial court order that was entered on July 17, 2012.  Burson filed his application on August 30, 2012.

A discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Here, Burson's application was filed 44 days after entry of the order he seeks to appeal.  We lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*